1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION


UNITED STATES OF AMERICA, )
                          )
          PLAINTIFF,      )
                          )
     -VERSUS-             )     3:19-CR-00302
                          )     MARCH 22, 2021
KENYADA JAQU,            )      COLUMBIA, SC
                          )
          DEFENDANT.      )
_____)



     BEFORE THE HONORABLE J. MICHELLE CHILDS
     UNITED STATES DISTRICT JUDGE, PRESIDING
               MOTION HEARING
          * * * * * * *  SEALED  * * * * * * *


A P P E A R A N C E S:


FOR THE GOVERNMENT:     JASON PEAVY, AUSA
                        UNITED STATES ATTORNEY'S OFFICE
                        1441 MAIN STREET, SUITE 500
                        COLUMBIA, SC  29201

FOR THE DEFENDANT:      CONNIE BREEDEN, ESQ.
                        CONNIE BREEDEN LAW OFFICE
                        PO BOX 4475
                        COLUMBIA, SC  29240

COURT REPORTER:         KATHLEEN RICHARDSON, RMR, CRR
                        UNITED STATES COURT REPORTER
                        901 RICHLAND STREET
                        COLUMBIA, SC 29201



          STENOTYPE/COMPUTER-AIDED TRANSCRIPTION

               * * *  * * *  * * *  * * *

(SEALED HEARING.)

*THE COURT:* ALL RIGHT. MR. JAQU, IF YOU WOULD STAND AND BE SWORN IN.

*THE CLERK:* PLEASE STATE YOUR NAME FOR THE RECORD.

*THE DEFENDANT:* MY NAME IS KENYADA LOUISE OF THE FAMILY JAQU, A LIVING, BREATHING, NATURAL PERSON.

KENYADA JAQU, AFTER BEING DULY SWORN, TESTIFIED AS FOLLOWS:

*THE DEFENDANT:* I DO.

*THE COURT:* OKAY. MR. JAQU, SO WHAT IS YOUR MOTION WITH RESPECT TO STATUS OF COUNSEL? WHAT ARE THE ISSUES YOU WOULD LIKE THE COURT TO ADDRESS?

*THE DEFENDANT:* ON FEBRUARY 23RD I ISSUED A NOTICE OF DECISION AND REMOVAL. COURT -- WHO'S THE COURT REPORTER?

*THE COURT:* SHE'S RIGHT HERE.

*THE DEFENDANT:* GOOD MORNING, MA'AM. PLEASE LET THE RECORD SHOW THAT I, KENYADA LOUISE OUT OF FAMILY JAQU, A LIVING, BREATHING, NATURAL PERSON DO NOT CONSENT TO THE LAW OFFICE OF CONNIE BREEDEN, LLC AND OR CONNIE BREEDEN AS ATTORNEY IN NO CAPACITY FOR KENYADA LOUISE JAQU, ALL CAPITAL LETTERING AND SPELLING, OR I, KENYADA LOUISE OF THE FAMILY JAQU, THE LIVING, BREATHING, NATURAL PERSON, AND WITHOUT PREJUDICE UNDER THE UNIFORM COMMERCIAL CODE 1-308 DUE TO MISTAKES IN FACT AND LAW HENCEFORTH, I WISH TO REMAIN SILENT.

*THE COURT:* OKAY. SO, IF YOU ARE REMAINING SILENT,

HOW DO I KNOW ANYTHING MORE OTHER THAN THAT YOU DON'T WANT TO CONSENT TO HER?  I HAVE TO MAKE A DECISION BASED ON WHAT THE RECORD IS BEFORE THE COURT.

*THE DEFENDANT:*  A DECISION ON WHAT, YOUR HONOR?

*THE COURT:*  A DECISION ON THE FACT THAT YOU'VE ASKED FOR HER TO BE REMOVED AS YOUR ATTORNEY.  I CAN'T JUST DO IT JUST BY MERE REQUEST.  I HAVE TO KNOW WHAT'S GOING ON.

*THE DEFENDANT:*  I DO NOT CONSENT TO CONNIE BREEDEN LLC AND OR CONNIE BREEDEN AS ATTORNEY IN NO CAPACITY.

*THE COURT:*  OKAY.  I UNDERSTAND THAT.  BUT YOU AS A PERSON, YOU AS A DEFENDANT DON'T GET TO JUST TELL THE COURT WHAT YOU WANT.  THE COURT MAKES A DECISION BASED ON THE RECORD BEFORE IT, WHICH MEANS ME ASKING QUESTIONS, ME FINDING OUT INFORMATION, AND ME MAKING THE DECISION BASED ON THAT INFORMATION.  PEOPLE DON'T GET TO JUST COME INTO THE COURT AND TELL THE COURT WHAT TO DO.

*THE DEFENDANT:*  SO AS A LIVING, BREATHING, NATURAL PERSON, I HAVE NO RIGHTS?

*THE COURT:*  I DIDN'T SAY YOU DIDN'T HAVE ANY RIGHTS.  THAT'S A DISTINCTION.  YOU DO HAVE RIGHTS, BUT I HAVE TO DETERMINE WHAT THEY ARE BASED ON A RECORD.  RECORD MEANS QUESTIONS, INFORMATION, DOCUMENTS, ET CETERA.  THAT IS YOUR REQUEST.

AND MY QUESTION TO YOU IS WHAT IS THE REASON FOR THE REQUEST?

*THE DEFENDANT:* THE REASON IS I'M APPEARING PRO SE.

*THE COURT:* YOU WANT TO APPEAR PRO SE.

*THE DEFENDANT:* CORRECT, YOUR HONOR.

*THE COURT:* OKAY. SO DO YOU UNDERSTAND THAT WHEN YOU APPEAR PRO SE, THAT THAT MEANS THAT THERE'S A COUPLE OF CHOICES THAT THE COURT CAN MAKE. ONE IS ALLOW YOU TO PROCEED, BUT THEN YOU UNDERSTAND THAT YOU WILL BE HELD TO THE SAME STANDARDS JUST AS AN ATTORNEY WITH A LITTLE BIT OF LEEWAY AND GRACE.

BUT FOR THE MOST PART YOU UNDERSTAND THAT ATTORNEYS GO TO SCHOOL FOR THREE YEARS, THEY PRACTICE LAW. BEFORE THEY CAN EVEN COME TO FEDERAL COURT, THEY HAVE TO GET LICENSED TO BE IN THIS COURT, AND SO THEY WOULD FOLLOW OUR RULES OF CRIMINAL PROCEDURE, OUR COURTROOM DECORUM, OUR RULES OF CIVIL PROCEDURE AS NECESSARY DEPENDING UPON THE MATTER IN THE CASE. YOU WOULD ALSO BE EXPECTED TO ABIDE BY SUCH RULES.

THE OTHER THING IS THAT I HAVE THE ABILITY TO STILL APPOINT STANDBY COUNSEL, DEPENDING UPON WHAT THE ISSUE IS, SO THAT STANDBY COUNSEL CAN MAKE SURE THAT YOU ARE CONFORMING TO THE RULES OF THE COURT.

DO YOU UNDERSTAND THAT?

*THE DEFENDANT:* I DO NOT UNDERSTAND, YOUR HONOR. I DO NOT CONSENT OF CONNIE BREEDEN--

*THE COURT:* OKAY. YOU'RE MENTIONING HER, BUT WHAT I'M SAYING IS THAT IF YOU REPRESENT YOURSELF, YOU STILL HAVE

TO ABIDE BY THE RULES THAT ALL LAWYERS OR OFFICERS OF THE COURT HAVE TO ABIDE BY.

DO YOU UNDERSTAND THAT?

THE DEFENDANT:  CAN ANYTHING I SAY BE USED AGAINST ME?

THE COURT:  WELL, IT DEPENDS ON WHAT THE PROCEEDING IS.  FOR EXAMPLE, IF YOU WERE TO TAKE THE STAND ON A MATTER, THEN IT IS POSSIBLE THAT YOUR PRIOR STATEMENTS OR OTHER ISSUES COME IN.  I MEAN, WE HAVE ALREADY HAD YOUR TRIAL.  THE ONLY THING LEFT FOR NOW IS YOUR SENTENCING IN THIS MATTER.

SO, YOU WOULD GET A COPY OF THE PRESENTENCE INVESTIGATION REPORT.  USUALLY YOU GO OVER THAT WITH YOUR LAWYER, YOU LOOK FOR ANY FACTUAL OBJECTIONS IN THE REPORT, AND THE LAWYER LOOKS FOR LEGAL OBJECTIONS THAT COULD AFFECT YOUR SENTENCE.

THE LAWYER WOULD BE TRAINED IN SENTENCING GUIDELINES AND WOULD KNOW HOW TO MAKE ANY OBJECTIONS THAT THEY BELIEVE ARE ILLEGAL SUCH THAT YOUR SENTENCING GUIDELINE RANGE MAY ACTUALLY GO DOWN DEPENDING UPON HOW THE COURT RULES UPON THE OBJECTION.

SO RIGHT NOW THAT'S ALL THAT'S AT ISSUE.  YOU HAVE ALREADY HAD YOUR TRIAL.

THE DEFENDANT:  I KENYADA LOUISE JAQU, THE LIVING, BREATHING, NATURAL PERSON WISH TO APPEAR PRO SE BEFORE THIS COURT.

THE COURT:  HOW FAR DID YOU GO IN SCHOOL?

THE DEFENDANT:  TWO AND A HALF YEARS OF COLLEGE.

THE COURT:  OKAY.  AND WHAT WERE YOU STUDYING?

THE DEFENDANT:  MEDICAL LAB.

THE COURT:  HOW WERE YOU DOING WHILE YOU WERE IN SCHOOL?

THE DEFENDANT:  WONDERFUL.

THE COURT:  WHAT DOES WONDERFUL MEAN?

THE DEFENDANT:  I WAS DOING GOOD.

THE COURT:  WHAT DOES GOOD MEAN?  GIVE ME GRADES.

THE DEFENDANT:  I WAS PASSING.  B AVERAGE.

THE COURT:  OKAY.  DID YOU EVER HAVE ANY EMPLOYMENT?

THE DEFENDANT:  YES, YOUR HONOR.

THE COURT:  WHAT TYPE OF EMPLOYMENT?

THE DEFENDANT:  CONSTRUCTION, FAST FOODS.

THE COURT:  AND OBVIOUSLY IN ENTERING COLLEGE, YOU TOOK CERTAIN EXAMS TO GET IN COLLEGE AND THEN EXAMS WHILE YOU WERE IN COLLEGE?

THE DEFENDANT:  YES.

THE COURT:  OKAY.  NOW, I ASSUME THAT BECAUSE WE HAVE BEEN HERE ON THIS PARTICULAR ISSUE BEFORE, THAT YOU AND MS. BREEDEN JUST AREN'T GETTING ALONG.  IS THAT THE ISSUE? OR WHAT IS -- WHAT'S THE CONCERN?

THE DEFENDANT:  YOUR HONOR, AS I STATED...

*THE COURT:* SO FAR YOU HAVE ONLY STATED YOU DON'T CONSENT TO HER BEING YOUR ATTORNEY, SO I DON'T KNOW WHAT YOU MEAN--

*THE DEFENDANT:* IN NO CAPACITY AND THAT I WISH TO--

*THE COURT:* I UNDERSTAND, BUT WHAT'S THE REASON? YOU UNDERSTAND THAT WHEN WE APPOINT SOMEBODY, YOU DON'T GET TO JUST WAKE UP ONE DAY AND DECIDE YOU DON'T WANT TO HAVE THAT ATTORNEY, LIKE YOU HAVE TO GIVE REASON FOR WHY, AND THEN I MAKE A JUDGMENT ON THE REASON.

*THE DEFENDANT:* MY REASON IS MY RIGHTS. I WISH TO APPEAR PRO SE.

*THE COURT:* OKAY. SO YOU JUST WISH TO APPEAR PRO SE. YOU'RE NOT MAKING ANY JUDGMENT STATEMENT AGAINST MS. BREEDEN, YOU JUST WISH TO APPEAR PRO SE--

*THE DEFENDANT:* AS FAR AS -- AS FAR AS INEFFECTIVE ASSISTANCE OF COUNSEL OR ANYTHING?

*THE COURT:* ANYTHING. I AM NOT PUTTING ANY WORDS IN YOUR MOUTH. I'M JUST SAYING ANYTHING. YOUR DECISION TODAY DOES NOT APPEAR TO BE BASED ON ANY RELATIONSHIP OR ANY ISSUE WITH HER. YOU JUST WANT TO USE YOUR RIGHT TO APPEAR PRO SE. IS THAT WHAT YOU'RE TELLING ME?

*THE DEFENDANT:* WE HAD A HORRIBLE RELATIONSHIP.

*THE COURT:* OKAY.

*THE DEFENDANT:* HORRIBLE.

*THE COURT:* OKAY. AND SO YOU WISH TO APPEAR PRO

SE.  DO YOU--

*THE DEFENDANT:* AS A RIGHT.

*THE COURT:* WELL--

*THE DEFENDANT:* AS MY RIGHT.  AS MY HUMAN RIGHT.

*THE COURT:* WELL, IT CAN BE A RIGHT, BUT THE COURT HAS TO MAKE SURE THAT I FEEL THAT YOU'RE COMPETENT TO DO SO. SO IN OTHER WORDS, SOMEONE WHO CAME IN AND DID NOT MEET CERTAIN QUALIFICATIONS, LIKE THEY COULDN'T READ, THEY WOULDN'T UNDERSTAND LAW BOOKS OR, YOU KNOW, THINGS THAT THEY HAVE TO PRESENT IN COURT, THEN WHETHER IT'S A RIGHT OR NOT, IT'S THE ABILITY FOR ME TO DETERMINE CAN YOU EXERCISE THAT RIGHT, AND THAT'S WHY I WAS ASKING QUESTIONS ABOUT YOUR EDUCATION AND ABILITY TO ACTUALLY READ THESE FEDERAL RULES OF CRIMINAL PROCEDURE AND THINGS LIKE THAT THAT WOULD HAVE TO BE APPLIED IN COURT BECAUSE YOU CAN'T REPRESENT YOURSELF AND THEN COME BACK AND TELL ME YOU DON'T KNOW WHAT THE RULES ARE, YOU DON'T UNDERSTAND THEM AND, YOU KNOW, THINGS OF THAT NATURE, AND THEN ACT LIKE THOSE WERE BEING USED AGAINST YOU.

YOU WOULD HAVE TO ABIDE BY THE RULES JUST LIKE THE LAWYERS DO.  DO YOU UNDERSTAND THAT?

*THE DEFENDANT:* WHEN I ISSUED THIS NOTICE OF RECISION AND REMOVAL, I MADE WITH IT A SOUND MIND, COMPETENT AS WELL.

*THE COURT:* OKAY.

*THE DEFENDANT:* AND AS I'VE STATED--

THE COURT: NOBODY IS CHALLENGING THAT. I'M JUST SAYING THAT YOU HAVE TO -- YOU HAVE TO MEET THE RULES AND QUALIFICATIONS THAT IF WE GO FORWARD, FOR EXAMPLE, OBVIOUSLY WITH YOUR SENTENCING HEARING, IF THERE'S SOMETHING YOU WISH TO CHALLENGE AND IT REQUIRES WITNESSES, THEN YOU WOULD HAVE TO PROCEED TO EXAMINE WITNESSES JUST LIKE YOUR ATTORNEY DID, CROSS-EXAMINE WITNESSES JUST LIKE THE GOVERNMENT DID, YOU KNOW, THINGS OF THAT NATURE IS WHAT I MEAN, BUT YOU HAVE TO DO THEM WITH THE CONFINES OF THE RULES OF CRIMINAL PROCEDURE. THAT'S WHAT I MEAN.

BUT RIGHT NOW YOU WISH TO APPEAR--

THE DEFENDANT: PRO SE.

THE COURT: -- PRO SE. OKAY.

THE DEFENDANT: CORRECT.

THE COURT: NOW, I WILL MAKE A DECISION ABOUT WHETHER OR NOT I WOULD ALLOW YOU TO APPEAR PRO SE OR I WOULD ALLOW YOU TO APPEAR PRO SE BUT ALSO HAVE STANDBY COUNSEL WITH YOU TO ASSIST YOU TO MAKE SURE THAT WE CAN GET THROUGH THE HEARINGS APPROPRIATELY. AND THEY WOULD JUST BE THERE FOR PURPOSES OF GUIDANCE FOR YOU TO ASK QUESTIONS OF, BUT THEN YOU ARE ACTUALLY -- YOU WOULD BE THE ONE WHO IS ACTUALLY REPRESENTING YOURSELF. OKAY.

THE DEFENDANT: YOUR HONOR, I -- I DO NOT CONSENT TO STATE, FEDERAL COUNSEL. I HAVE A COUNSEL ON STANDBY.

THE COURT: WELL, YOU CAN'T HAVE COUNSEL IN COURT

AND THEN REPRESENT YOURSELF.  WHEN I SAY STANDBY COUNSEL, THEY WOULD BE SITTING AT A TABLE.

THE DEFENDANT:  CO-COUNSEL?  AM I ALLOWED?

THE COURT:  WELL, YOU WOULDN'T REPRESENT YOURSELF AND HAVE COUNSEL.  I MEAN, WHEN I SAY COUNSEL AS STANDBY, THAT MEANS SOMEBODY WHO IS KIND OF THERE TO GUIDE YOU, BUT YOU ARE STILL REPRESENTING YOURSELF.

THE DEFENDANT:  I DON'T UNDERSTAND THAT.

THE COURT:  IT MEANS SOMEBODY WHO SERVES BASICALLY AS A MENTOR FOR YOU WHILE YOU ARE IN THE PROCEEDING.  IF THERE'S SOMETHING THAT COMES UP THAT YOU JUST TOTALLY DON'T UNDERSTAND, THAT PERSON WOULD UNDERSTAND THE COURT SYSTEM, THE COURTROOM DECORUM, THE RULES OF PROCEDURE, AND YOU COULD ASK QUESTIONS OF THEM AND THEY COULD GUIDE YOU; FOR EXAMPLE, HOW TO ADMIT A DOCUMENT INTO EVIDENCE, YOU KNOW, THINGS THAT YOU WOULDN'T HAVE KNOWN WITHOUT HAVING GONE TO LAW SCHOOL OR SOMETHING LIKE THAT NECESSARILY.

THE DEFENDANT:  BEING THAT I'M INCARCERATED AT THE TIME, IT'S A -- IT'S -- I'M NOT -- I DON'T HAVE ACCESS TO LAW MATERIAL --

THE COURT:  UH-HUH.

THE DEFENDANT:  -- SO MY CO-COUNSEL THAT I'M SPEAKING OF, THEY DO.

THE COURT:  OKAY.  AND WHO IS THE PERSON?

THE DEFENDANT:  I'M NOT AT LIBERTY TO CONFIDE THAT

AT THE MOMENT.

THE COURT: IS IT A PERSON WHO IS LICENSED TO PRACTICE LAW? BECAUSE YOU UNDERSTAND THAT IF YOU'RE PRO SE, THEY DON'T FILE DOCUMENTS ON YOUR BEHALF. YOU STAND ON YOUR OWN.

THE DEFENDANT: THEY HAVE THE POWER TO? THEY CAN'T FILE THEM--

THE COURT: THEY CAN'T FILE IT IN THEIR NAME IF THEY ARE NOT YOUR LAWYER.

THE DEFENDANT: AND THE ONLY WAY TO BECOME A LAWYER IS BY LICENSING?

THE COURT: YES. YOU HAVE TO BE LICENSED WITH THE BAR OF SOUTH CAROLINA THROUGH OUR SUPREME COURT, AND THEN YOU HAVE TO BE ADMITTED TO FEDERAL COURT TO ACTUALLY PRACTICE IN THIS COURT. YOU CANNOT PRACTICE IN THIS COURT UNLESS WE, AS JUDGES, HAVE SIGNED OFF ON A CERTIFICATION THAT ALLOWS YOU TO PRACTICE IN THIS COURT.

THE DEFENDANT: IN THIS COURT. SO APPEARING PRO SE--

THE COURT: IN FEDERAL COURT.

THE DEFENDANT: APPEARING PRO SE...

THE COURT: THAT'S DIFFERENT BECAUSE YOU'RE REPRESENTING YOURSELF.

THE DEFENDANT: CORRECT.

THE COURT: BUT SOMEONE WHO IS TRYING TO REPRESENT

A PERSON NEEDS TO BE CERTIFIED AND THEY HAVE TO HAVE THE APPROPRIATE CERTIFICATIONS BY PASSING A BAR EXAM, ET CETERA BECAUSE THAT'S OUR WAY OF KNOWING THAT THAT PERSON UNDERSTANDS WHAT THEY'RE DOING BY A LICENSING AUTHORITY.

*THE DEFENDANT:* WHEN YOU SAY, PERSON, WHAT DO YOU MEAN?

*THE COURT:* A HUMAN BEING, A LAWYER--

*THE DEFENDANT:* A LIVING, BREATHING --

*THE COURT:* YES.

*THE DEFENDANT:* -- HUMAN BEING.

*THE COURT:* YES. SO JUST SO THAT IN CASE -- WHEN YOU WERE TALKING ABOUT STANDBY COUNSEL, AGAIN, THEY HAVE TO BE LICENSED HERE. THEY DON'T GET TO JUST FILE THINGS ON YOUR BEHALF BECAUSE YOU'RE PRO SE. THAT MEANS YOU ONLY FILE ON YOUR OWN BEHALF AND YOU TAKE THE RISK OF DOING THAT JUST LIKE A LAWYER TAKES THE RISK OF DOING SOMETHING INAPPROPRIATELY, AND THEN THE COURT CAN JUDGE ANY ACTIONS IN THAT REGARD.

SO, IT IS A BIG DECISION BECAUSE, AGAIN, LAWYERS GO THROUGH THREE YEARS OF LAW SCHOOL, THEY TAKE A BAR EXAM, THEY GET LICENSED, THEY CONTINUALLY GO TO CONTINUING LEGAL EDUCATION UNITS THAT REQUIRE THEM TO HAVE ANYWHERE FROM 12 OR 16 OR SO HOURS PER YEAR OF CONSTANTLY REFRESHING THEMSELVES ON THE LAW IN SUBSTANTIVE AREAS DEPENDING ON THEIR AREA OF PRACTICE. AND THAT'S ANOTHER REQUIREMENT BY THE STATE.

*THE DEFENDANT:* THANK YOU FOR THAT INFORMATION,

YOUR HONOR.

THE COURT: SO, I JUST WANT TO SAY THAT IF YOU'RE PRO SE, WHETHER YOU TALK TO SOMEBODY, THAT'S SOMETHING I DON'T KNOW, BUT THEY CANNOT FILE DOCUMENTS IN THIS COURT UNLESS THEY ARE CERTIFIED AND LICENSED TO DO SO.

THE DEFENDANT: THANK YOU AGAIN. AND AGAIN, I WOULD LIKE TO PROCEED PRO SE.

THE COURT: ON YOUR OWN.

THE DEFENDANT: CORRECT.

THE COURT: OKAY. AND THEN I'LL MAKE A DECISION ABOUT STANDBY COUNSEL.

BUT IS THERE ANYTHING ELSE YOU HAVE TO ADD RIGHT NOW?

THE DEFENDANT: NOT AT THE MOMENT. NO, YOUR HONOR.

THE COURT: MS. BREEDEN, YOU HAVE ANYTHING YOU'D LIKE TO STATE?

MS. BREEDEN: JUST BRIEFLY, YOUR HONOR. FOR THE RECORD, I HAVE REVIEWED THE PSR WITH MR. JAQU AT THE SUMTER COUNTY DETENTION CENTER. I HAVE SUBMITTED OBJECTIONS ON HIS BEHALF TO THE PROBATION OFFICE, WHICH THEY HAVE TOLD ME THAT THEY HAVE LOOKED AT, THEY'RE JUST WAITING ON FINAL APPROVAL TO SIGN OFF ON THOSE OBJECTIONS.

LASTLY, I DIDN'T KNOW THAT -- SINCE OUR LAST MEETING, I DIDN'T KNOW THAT THINGS HAD WORSENED TO THE POINT THAT MR. JAQU FELT IT NECESSARY TO FILE THIS MOTION. THAT'S ALL.

THE COURT: OKAY. ANY OPPOSITION TO THE MOTION?

*MS. BREEDEN:* NO. NO, YOUR HONOR.

*THE COURT:* OKAY. HAS THERE BEEN ANYTHING THAT YOU HAVE NOTICED ABOUT HIM THAT MAKES HIM APPEAR INCOHERENT, INCOMPETENT, OR OTHERWISE NOT ABLE TO SPEAK ON HIS OWN BEHALF?

*MS. BREEDEN:* NO, YOUR HONOR.

*THE COURT:* OKAY. AND THEN PROBATION, I DON'T KNOW IF YOU'VE HAD ANY INTERACTION WITH MR. JAQU YOURSELF.

*PROBATION AGENT:* YOUR HONOR, WE DID A PRESENTENCE INTERVIEW, I THINK IT WAS VIA TELEPHONE. MS. BREEDEN WAS IN ON THAT PHONE CALL. HE SPOKE CLEARLY, COHERENTLY, ANSWERED THE QUESTIONS AFTER GETTING A LITTLE BIT OF SOME UNDERSTANDING OF WHAT MY ROLE WAS IN THE SITUATION, AND I WAS ABLE TO PERFORM A PERSONAL HISTORY PORTION OF THE PSR AS I NORMALLY WOULD WITH ANY OTHER DEFENDANT WITHOUT ANY ISSUES.

AND I WOULD SAY TO FURTHER WHAT MS. BREEDEN SAID, YOUR HONOR, I AM A PLACE WITH -- SHE'S FILED NUMEROUS OBJECTIONS TO. THERE'S SOME SUBSTANTIAL STATUTORY QUESTIONS ABOUT SOME OF THE APPLICATIONS OF LAW AND GUIDELINES TO MR. JAQU'S CASE, AND I HAVE RESPONDED. IT IS KIND OF LIKE A PROCESS OF REVIEW IN MY OFFICE. I CAN GO AHEAD AND SUBMIT THAT TO THE COURT FOR YOUR REVIEW PENDING YOUR RULING, OR WOULD YOU RATHER ME JUST WAIT?

*THE COURT:* I THINK IT'S BETTER TO GO AHEAD AND SUBMIT IT AND THEN IT STILL WOULD BE PENDING THE RULING

BECAUSE EVEN IF I ALLOW HIM TO PROCEED PRO SE, HE HAS THE OPPORTUNITY OR WOULD BE GIVEN THE OPPORTUNITY TO REVIEW THEM HIMSELF AND SEE IF THERE'S ANYTHING ELSE HE'D LIKE TO ADD. BUT AT LEAST HE WOULD HAVE THE BENEFIT OF WHAT HIS PRIOR COUNSEL SUBMITTED ON HIS BEHALF.

*PROBATION AGENT:*  AND SEE MY RESPONSE TO THAT AS WELL; RIGHT, JUDGE?

*THE COURT:*  EXCUSE ME?

*PROBATION AGENT:*  AND HAVE MY RESPONSES TO HIM AS WELL.

*THE COURT:*  AND WOULD HAVE, YES, THE PROBATION OFFICER'S RESPONSES TO THAT AS WELL.

WHEN THERE'S A PRESENTENCE INVESTIGATION REPORT AND THE DEFENDANT AS WELL AS HIS COUNSEL GOES OVER IT, AGAIN, THE DEFENDANT IS USUALLY LOOKING AT THE FACTUAL OBJECTIONS TO MAKE SURE THERE'S NO FACTS THAT THEY BELIEVE ARE INCORRECT, AND A LAWYER WOULD LOOK FOR LEGAL OBJECTIONS TO SEE IF THERE ARE SOME THINGS THAT MIGHT HELP THE DEFENDANT'S GUIDELINE RANGE GO DOWN, AND THEN THAT'S WHAT I WOULD BE LOOKING AT.

PROBATION HAS THE OPPORTUNITY TO RESPOND TO THOSE OBJECTIONS AND THEN THE COURT MAKES A DECISION ABOUT THE OBJECTIONS AS TO WHETHER THEY REMAIN OR THEY ARE SUSTAINED, WHICH MEANS THAT THAT HELPS THE DEFENDANT'S GUIDELINE SENTENCE POTENTIALLY GO DOWN, THAT RANGE GO DOWN, IF I RULE IN FAVOR OF THE DEFENDANT FOR THE OBJECTION, SO I JUST WANTED

TO EXPLAIN THAT TO YOU, MR. JAQU.

OKAY.  ALL RIGHT.  I'M GOING TO TAKE THIS RULING UNDER ADVISEMENT AND THEN ISSUE YOU A FORMAL ORDER.  AND THEN IF THERE'S NOTHING ELSE, THEN I'LL CALL BACK IN MR. PEAVY.

IS THERE ANYTHING ELSE?

THE DEFENDANT:  NO.

THE COURT:  OKAY.  IF MR. PEAVY CAN BE CALLED BACK IN, PLEASE.

(SEALED HEARING CONCLUDED.)

* * *

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

S/KATHLEEN RICHARDSON

_____          MARCH 16, 2022

KATHLEEN RICHARDSON, RMR, CRR